IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation No. 2990042/34

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MATTHEW KIRBY,

Defendant.

---

### MINUTE ORDER CONTINUING CASE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter was previously scheduled for an Initial Appearance on November 7, 2013 at 10:30 a.m. The Defendant failed to appear and a Notice Regarding Failure to Appear was mailed to the Defendant. The first Notice Regarding Failure to Appear was returned for insufficient address and the Marshal's Service located another address for the Defendant and a second Notice Regarding Failure to Appear was sent to the Defendant.

The Defendant has retained counsel in this matter and an Entry of Appearance has been filed on his behalf, therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for Initial Appearance on **April 2, 2014 at 10:30 a.m. in the United States District Court, 4 Chico Camino, Monte Vista, Colorado.**

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: February 12, 2014**

---

### Certificate of Service

I hereby certify that on the _12th_ day of _February_, 2014, a true and correct copy

1

of the foregoing Minute Order was telefaxed to the following:

| | |
|---|---|
| U. S. Attorney's Office<br>103 Sheppard Drive, Suite 215<br>Durango, Colorado 81303 | Andrew L. Bertrand<br>634 Remington Street<br>Fort Collins, Colorado 80524 |

By: *Shirley W. Dills*
**Assistant to Magistrate Judge**

```
*********************************************************************************
*                                                                      P. 01     *
*                        TRANSACTION REPORT                                       *
*                        ──────────────────                FEB-12-2014 WED 04:10 PM *
*                                                                                 *
*     FOR:  U.S. DISTRICT COURT          9700543                                  *
*                                                                                 *
*─────────────────────────────────────────────────────────────────────────────────*
*     SEND                                                                        *
*   DATE  START    RECEIVER        TX TIME   PAGES TYPE      NOTE       M#   DP  *
*─────────────────────────────────────────────────────────────────────────────────*
*   FEB-12 04:10 PM 19702219955      25"      2   FAX TX      OK        509       *
*─────────────────────────────────────────────────────────────────────────────────*
*                                                                                 *
*                                     TOTAL :    25S  PAGES:   2                  *
*                                                                                 *
*********************************************************************************
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation No. 2990042/34

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. MATTHEW KIRBY,

Defendant.

## MINUTE ORDER CONTINUING CASE

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

This matter was previously scheduled for an Initial Appearance on November 7, 2013 at 10:30 a.m. The Defendant failed to appear and a Notice Regarding Failure to Appear was mailed to the Defendant. The first Notice Regarding Failure to Appear was returned for insufficient address and the Marshal's Service located another address for the Defendant and a second Notice Regarding Failure to Appear was sent to the Defendant.

The Defendant has retained counsel in this matter and an Entry of Appearance has been filed on his behalf, therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for Initial Appearance on **April 2, 2014 at 10:30 a.m. in the United States District Court, 4 Chico Camino, Monte Vista, Colorado.**

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

DATED: February 12, 2014

### Certificate of Service

I hereby certify that on the _12th_ day of _February_, 2014, a true and correct copy

1